UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-160-GW-JEMx | Date | May 31, 2022 |
|---|---|---|---|
| Title | *Eric Cleveland v. Felicia Langwiser, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |  |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**


On May 27, 2022, Plaintiff Eric Cleveland filed a Notice of Settlement. The Court hereby vacates the order to show cause issued on May 17, 2022, with the expectation that a dismissal will be filed within 60 days. The Court now sets an order to show re: settlement hearing for July 28, 2022 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on July 27, 2022.

|  | : |
|---|---|
| Initials of Preparer | JG |