# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, an individual, | Case No.: 2:22-cv-00160-GW-JEM |
| Plaintiff, | *Hon. George H. Wu* |
| v. | |
| FELICIA LANGWISER, an individual; and Does 1-10, | [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |
| Defendants. | Action Filed: January 7, 2022<br>Trial Date:    Not on Calendar |

1   Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before
2   it, and being fully advised finds as follows:

3   **IT IS ORDERED THAT:**

4   Plaintiff Eric Cleveland's action against Defendant Felicia Langwiser is dismissed
5   with prejudice. Each party will be responsible for its own fees and costs.

10  Dated:  _July 21, 2022_____

    _George H. Wu_____
    Hon. George H. Wu
    United States District Judge

2